Lola Mishler, Appellant, v. Jacob Mishler, Respondent.—

Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.